IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THOMAS GONZALEZ,

    Plaintiff,

v.                                                                      4:22cv129-WS/MAF

THE UNITED STATES OF AMERICA,

    Defendant.

_____

ORDER OF DISMISSAL

    Before the court is the magistrate judge's report and recommendation (ECF No. 3) docketed April 1, 2022. The magistrate judge recommends that the plaintiff's complaint and this case be dismissed under the three strikes provision of 28 U.S.C. § 1915(g). The magistrate judge also recommends that the case be dismissed *with prejudice* because amendment would be futile. The plaintiff has filed what have been "liberally construed as objections," *see* ECF Nos. 7 & 8, to the magistrate judge's report and recommendation.

    As did the magistrate judge, the undersigned finds that the plaintiff—whose complaint fails to make a colorable showing that he is in imminent danger of

serious physical injury—is barred under § 1915(g) from proceeding in forma pauperis in this case.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 3) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(g).

3. The clerk shall enter judgment stating: "This case is dismissed with prejudice pursuant to 28 U.S.C. § 1915(g)."

4. The clerk shall close the case.

DONE AND ORDERED this __25th__ day of __April__, 2022.


       s/ William Stafford
       WILLIAM STAFFORD
       SENIOR UNITED STATES DISTRICT JUDGE